James E. Cross, Bar No. 009063
Warren J. Stapleton, Bar No. 018646
Brandon Hale, Bar No. 027388
**OSBORN MALEDON, P.A.**
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9307
Facsimile: (602) 664-2077
E-mail: jcross@omlaw.com
wstapleton@omlaw.com
bhale@omlaw.com

Counsel for Brian J. Mullen, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>PREMIERE ACQUISITIONS, LLC,<br><br>LUXURY LOFTS, LLC,<br><br>Debtors. | Chapter 7 Proceedings<br><br>Case No. 2-08-bk-06447-RTB<br>Case No. 2-08-bk-06454-RTB<br>(Jointly Administered) |
| BRIAN MULLEN, Chapter 7 Trustee of Premier Acquisitions, LLC and Luxury Lofts, LLC,<br><br>Plaintiff,<br><br>v.<br><br>E4 DEVELOPMENT AND CONSTRUCTION SERVICES, an Arizona limited liability company, RICHARD W. ELSEY and JANE DOE ELSEY, husband and wife,<br><br>Defendants. | Adv. No. 2:09-AP-01676-RTB<br><br>**NOTICE OF DEPOSITION OF RICHARD ELSEY** |

Pursuant to Rule 30(b)(1) and (2), of the Federal Rules of Civil Procedure, Brian Mullen, the duly appointed Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Premier Acquisitions, LLC and Luxury Lofts, LLC, hereby gives notice that the deposition of Richard W. Elsey will be taken on February 24, 2011 at 1:30 p.m.

before an officer authorized by law to administer oaths.  The deposition will be held at:

Osborn Maledon P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona 85012

The deposition will be recorded by stenographic means.

DATED this 9th day of February 2011.

**OSBORN MALEDON P.A.**

By: /s/ Warren J. Stapleton, Esq.
James E. Cross, Esq.
Warren J. Stapleton, Esq.
Brandon Hale, Esq.
2929 North Central, Suite 2100
Phoenix, Arizona  85012
Counsel for Chapter 7 Trustee

COPY of the foregoing sent this 9th day of
February 2011, to:

Mary T. Hone
The Law Offices of
Mary T. Hone, PLLC
11111 N. Scottsdale Road, Suite 223
Scottsdale, Arizona 85254
Attorney for Defendants


/s/ Peggy L. Nieto